```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID SNAPP
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  Chad Stanford

 9

10
                  IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,    )  No. Mag. S-10-244 EFB
15                               )
              Plaintiff,         )  STIPULATION AND ORDER TO CONTINUE
16                               )  COURT TRIAL
         v.                      )
17                               )
    Billy Stanford, and          )
18  Chad Stanford,               )  Date: November 15, 2010
                                 )  Time: 10 A.M.
19            Defendants.        )  Judge: Hon. Edmund F. Brennan
                                 )
20  _____
```

21       It is hereby stipulated and agreed to between the United States of
22  America through Matthew Stegman, Assistant U.S. Attorney, and
23  defendants, Billy Stanford and Chad Stanford, by and through their
24  counsel, Linda Harter, Assistant Federal Defender, and Alexis Briggs
25  that the status hearing set for September 20, 2010 be vacated and a
26  court trial set for Monday, November **16**, 2010, at 10:00 p.m.
27       The defense requires more time to fully investigate the facts
28  alleged against Billy Stanford and Chad Stanford.

| | | |
|---|---|---|
| 1 | DATED: September 16, 2010 | Respectfully submitted, |
| 2 | | DANIEL J. BRODERICK<br>Federal Defender |
| 3 | | |
| 4 | | /s/ Linda C. Harter<br>LINDA C. HARTER |
| 5 | | Chief Assistant Federal Defender<br>Attorney for Defendant<br>Chad Stanford |
| 6 | Dated: September 16, 2010 | |
| 7 | | /s/ Alexis Briggs<br>Alexis Briggs |
| 8 | | Attorney for Defendant<br>Billy Stanford |
| 9 | | |
| 10 | DATED: September 16, 2010 | BENJAMIN B. WAGNER<br>United States Attorney |
| 11 | | |
| 12 | | /s/ Matthew Stegman<br>MATTHEW STEGMAN |
| 13 | | Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

**As modified above, it is so ordered.**

DATED: September 17, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order

-2-