```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID SNAPP
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  Chad Stanford

 9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,     )  No. 10-244 EFB
15                                )
                 Plaintiff,       )  STIPULATION AND [PROPOSED] ORDER
16                                )  TO VACATE COURT TRIAL AND SET A
         v.                       )  STATUS HEARING
17                                )
    Billy Stanford, and           )
18  Chad Stanford,                )
                                  )  Date: November 15, 2010
19               Defendants.      )  Time: 10 A.M.
                                  )  Judge: Hon. Edmund F. Brennan
20  _____

21
         It is hereby stipulated and agreed to between the United States of
22
    America through Matthew Stegman, Assistant U.S. Attorney, and
23
    defendants, Billy Stanford and Chad Stanford, by and through their
24
    counsel, Linda C. Harter, Chief Assistant Federal Defender, and Alexis
25
    Briggs that the court trial set for November 15,2010 be vacated and a
26                                                              2:00 p.m.
    status hearing be set for Monday, January 10, 2011, at 10:00 a.m.
27
    pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.
28
```

Good cause exists to extend the time for the Status Conference within meaning of Rule 32.1 because discovery has been provided and the parties are close to a resolution of the case. The defendant agrees that a continuance of the status conference date will not prejudice him because a resolution could result in an overall sentencing exposure that is significantly reduced. Both counsel believe a resolution in this case will occur and in fact erroneously set this matter for trial on November 15, 2010, rather than a status conference. The parties are working to reach a resolution in this matter without resorting to a trial.

DATED: November 10, 2010          Respectfully submitted,
                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Linda C. Harter
                                  LINDA C. HARTER
                                  Chief Assistant Federal Defender
                                  Attorney for Defendant
                                  Chad Stanford

Dated: November 10, 2010
                                  /s/ Alexis Briggs
                                  ALEXIS BRIGGS
                                  Attorney for Defendant
                                  Billy Stanford

Stipulation and ~~Proposed~~ Order

-2-

```
DATED: November 10, 2010        BENJAMIN B. WAGNER
                                United States Attorney


                                /s/ Matthew C. Stegman
                                MATTHEW C. STEGMAN
                                Assistant U.S. Attorney
                                Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

DATED: <u>November 15</u>, 2010.

HON. Edmund F Brennan
United States Magistrate Judge

Stipulation and ~~Proposed~~ Order

-3-