ALEXIS WILSON BRIGGS,#251688
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591
Facsimile: 415/421-1331
Alexis@Pier5Law.com

Attorney for Defendant
BILLY STANFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 10-mj-244 EFB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS HEARING |
| vs. | |
| BILLY STANFORD, and CHAD STANFORD | Date: January 10, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Edmund F. Brennan |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Matthew Stegman, Assistant U.S. Attorney, and defendants, Billy Stanford and Chad Stanford, by and through their counsel, Linda Harter, Chief Assistant Federal Defender, and Alexis Briggs that the status hearing set for January 10, 2011, be continued and set for Monday, March 7, 2011, at 2:00 p.m. pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

Good cause exists to extend the time for the Status Conference within meaning of Rule 32.1 because discovery has been provided and the parties are close to a resolution of the case. The defendant agrees that a continuance of the status conference date will not prejudice him because a resolution could result in an overall sentencing exposure that is significantly reduced. Both counsel believe a resolution in this

case will occur following some ongoing investigation.

DATED: December 22, 2010        Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender


                                /s/Linda C. Harter
                                LINDA C. HARTER
                                Chief Assistant Federal Defender
                                Attorney for Defendant
                                Chad Stanford

DATED: December 22, 2010        /s/Alexis Wilson Briggs
                                ALEXIS WILSON BRIGGS
                                Attorney for Defendant
                                Billy Stanford


DATED: December 22, 2010        BENJAMIN B. WAGNER
                                United States Attorney


                                /s/Heiko Coppola
                                For: MATTHEW STEGMAN
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


**O R D E R**


**IT IS SO ORDERED.**

DATED:  January 3, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE