```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RACHANA N. SHAH
    Special Assistant U.S. Attorney
 3  MICHAEL A. WHEABLE
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. 10-244 EFB |
|---|---|---|
| Plaintiff, | ) | Order |
| v. | ) | |
| BILLY STANFORD, and<br>CHAD STANFORD, | ) | DATE: April 29, 2011 |
| | ) | TIME: 2:00 A.M. |
| Defendants. | ) | JUDGE: Hon. Edmund F. Brennan |

It is Hereby Ordered that the plaintiff United States of America's motion to dismiss Mag. No. 10-244 EFB is GRANTED.

IT IS SO ORDERED.

Dated: April 12, 2011

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE